Appeal dismissed, by the Court of Appeals, sua sponte, upon the ground that the modification by the Appellate Division was not on the law alone or upon the law and such facts which, but for the determination of law, would not have led to modification (CPL 450.90 [2] [a]).

In the Matter of WILFREDO QUINTANILLA, Respondent, v SANDRA MORALES, Appellant.

Submitted December 16, 2013; decided February 20, 2014

Motion by Sandra Morales for leave to appeal denied.

In the Matter of WILFREDO QUINTANILLA, Appellant, v SANDRA MORALES, Respondent.

Submitted January 6, 2014; decided February 20, 2014

Motion by Wilfredo Quintanilla for leave to appeal dismissed upon the ground that appellant, having taken no appeal to the Appellate Division, may not appeal to the Court of Appeals from the Appellate Division order of affirmance. Motion for poor person relief dismissed as academic.

In the Matter of ROBERT T., Respondent, v CHRISTINE A. SPROAT et al., Appellants, and D. HOLLEY CARNRIGHT, Respondent.

In the Matter of ALLEN B., Respondent, v CHRISTINE A. SPROAT et al., Appellants, and RICHARD D. NORTHRUP, Respondent.

Submitted February 18, 2014; decided February 20, 2014

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.